# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPECTRUM BRANDS INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TRISTAR PRODUCTS INC., KISHORE MIRCHANDANI, individually and as trustee of AM KARMA 2021 FAMILY TRUST, ANJALI MIRCHANDANI, individually and as trustee of KM KARMA 2021 FAMILY TRUST, STEVEN SOWERS, as trustee of AM KARMA 2021 FAMILY TRUST and KM KARMA 2021 FAMILY TRUST, AM KARMA 2021 FAMILY TRUST, KM KARMA 2021 FAMILY TRUST, A&R REALTY ENTERPRISES LLC, CENTRE AVENUE LLC, and MT. ANDERSON LLC,<br><br>        Defendants. | C.A. No. 25-cv-00046-RGA |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

WHEREAS, on May 5, 2025, Defendants Anjali Mirchandani, and KM Karma 2021 Family Trust moved to dismiss Counts III, IV, V, and VI of the Amended Complaint (D.I. 61);

WHEREAS, on May 5, 2025 Defendants Kishore Mirchandani and Tristar Products Inc. moved to strike Plaintiff's request for punitive damages (D.I. 63);

WHEREAS, on May 5, 2025 Defendants A&R Realty Enterprises LLC, Centre Avenue LLC, Kishore Mirchandani, Mt. Anderson LLC, Steven Sowers and Tristar Products Inc. moved to dismiss the Amended Complaint (D.I. 65);

WHEREAS, Plaintiff's deadline to respond to Defendants' three motions is currently May 19, 2025;

WHEREAS, Defendants' deadline to submit their replies is currently May 26, 2025;

WHEREAS, the parties have agreed to an extension of the current briefing schedule;

THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiff's deadline to respond to Defendants' motions is extended to June 3, 2025 and Defendants' deadline to submit their replies is extended to June 17, 2025.

| | |
|---|---|
| */s/ Benjamin Schladweiler* | */s/ Daniel A. O'Brien* |
| Benjamin Schladweiler (#4601) | Daniel A. O'Brien (# 4897) |
| Renée Mosley Delcollo (#6442) | **VENABLE LLP** |
| **GREENBERG TRAURIG, LLP** | 1201 N. Market Street, Suite 1400 |
| 222 Delaware Avenue, Suite 1600 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-3523 |
| (302) 661-7352 | daobrien@venable.com |
| schladweilerb@gtlaw.com | |
| renee.delcollo@gtlaw.com | *Of Counsel*: |
| | |
| *Of Counsel*: | Benjamin E. Horowitz |
| | Daniel D. Lynch |
| Joseph J. Mamounas | **VENABLE LLP** |
| Jessica Johnson Fishfeld | 600 Massachusetts Avenue, NW |
| GREENBERG TRAURIG, P.A. | Washington, DC 20001 |
| 333 S.E. 2nd Avenue, Suite 4400 | (202) 344-4000 |
| Miami, FL 33131 | behorowitz@venable.com |
| (305) 579-0500 | ddlynch@venable.com |
| mamounasj@gtlaw.com | |
| jessica.fishfeld@gtlaw.com | *Counsel for Defendants Tristar Products Inc., Kishore Mirchandani, AM Karma 2021 Family Trust, by and through Kishore Mirchandani and Steven Sowers, as trustees, A&R Realty Enterprises LLC, Centre Avenue LLC, Mt. Anderson LLC, and Steven Sowers, as trustee of the AM Karma 2021 Family Trust* |
| *Counsel for Plaintiff Spectrum Brands Inc.* | |
| | |
| Dated: May 14, 2025 | |

/s/ E.E. Allinson III_____
Elihu E. Allinson, III (#3476)
**SULLIVAN HAZELTINE ALLINSON LLC**
919 North Market Street, Ste. 420
Wilmington, DE 19801
(302) 428-8191
zallinson@sha-llc.com

*Of Counsel*:

Lee Stapleton
Aaron Weiss
**CARLTON FIELDS, PA**
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
(305) 530-4076
lstapleton@carltonfields.com
aweiss@carltonfields.com

*Attorneys for Anjali Mirchandani, individually; Anjali Mirchandani, as Trustee of the KM Karma 2021 Family Trust; and the KM Karma 2021 Family Trust*

**SO ORDERED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE