**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SPECTRUM BRANDS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRISTAR PRODUCTS INC., KISHORE MIRCHANDANI, individually and as trustee of AM KARMA 2021 FAMILY TRUST, ANJALI MIRCHANDANI, individually and as trustee of KM KARMA 2021 FAMILY TRUST, STEVEN SOWERS, as trustee of AM KARMA 2021 FAMILY TRUST and KM KARMA 2021 FAMILY TRUST, AM KARMA 2021 FAMILY TRUST, KM KARMA 2021 FAMILY TRUST, A&R REALTY ENTERPRISES LLC, CENTRE AVENUE LLC, and MT. ANDERSON LLC,<br><br>    Defendants. | C.A. No. 25-00046 (RGA) |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Spectrum Brands Inc. respectfully requests oral argument on the following motions:

(1) Defendants Anjali Mirchandani and KM Karma 2021 Family Trust's Motion to Dismiss the Amended Complaint Based on Lack of Personal Jurisdiction and Failure to State a Cause of Action (D.I. 61).  Briefing on the motion is now complete.  (D.I. 62, 89, 93).

(2) Defendants Tristar Products, Inc., Kishore Mirchandani, AM Karma 2021 Family Trust, A&R Realty Enterprises LLC, Centre Avenue LLC, Mt. Anderson LLC, and Steven Sowers, as trustee of AM Karma 2021 Family Trust's Motion to Dismiss Spectrum's Amended Complaint (D.I. 65).  Briefing on the motion is now complete.  (D.I. 66, 90, 95)

(3) Defendants Tristar Products, Inc. and Kishore Mirchandani's Motion to Strike Spectrum's Request for Punitive Damages (D.I. 63). Briefing on the motion is now complete. (D.I. 64, 88, 94).

*Of Counsel:*

Joseph J. Mamounas
Jessica Johnson Fishfeld
Joshua M. Mandel
Alexa Rosenson
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Maimi, FL 33131
(305) 579-0500
mamounasj@gtlaw.com
jessica.fishfeld@gtlaw.com
mandelj@gtlaw.com
alexa.rosenson@gtlaw.com

Dated: June 24, 2025

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Plaintiff Spectrum Brands, Inc.*

2